UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No.  2:24-cv-00555-KJM-JDP (PS)<br><br>ORDER |

　　　　On July 17, 2024, the magistrate judge filed findings and recommendations, which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  The Findings and Recommendations filed July 17, 2024, are ADOPTED;

/////

2. Defendant's motion to dismiss, ECF No. 4, is granted and plaintiff is granted thirty days to amend his complaint or notify the court whether plaintiff seeks to proceed on the amended complaint as filed on August 14, 2024.  *See* ECF No. 18.

3. This matter is referred back to the assigned magistrate judge for all further pre-trial matters.

DATED:  September 9, 2024.

                                          CHIEF UNITED STATES DISTRICT JUDGE